JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **HARRIET FAHL ET AL.,** | Case No.: SACV09-00383-CJC(RNBx) |
| Plaintiff, | |
| vs. | |
| **U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL.,** | **ORDER DISMISSING ACTION** |
| Defendants. | |

    This matter is one of many cases filed by Plaintiff Dr. Dorothy Calabrese and various co-plaintiffs against the Government.[1] All of the actions stem from the Government's refusal to provide Medicare coverage for treatments provided by Dr. Calabrese to her patients. In the instant action, Plaintiffs Dr. Calabrese, Harriet Fahl,

---

[1] Plaintiffs also move for voluntary recusal pursuant to 28 U.S.C. § 455(a). ). "A judge's previous adverse ruling alone is not a sufficient bias." *Mayes v. Leipziger*, 729 F.2d 605, 607 (9th Cir. 1984). Plaintiffs have failed to demonstrate that the Court's impartiality may reasonably be questioned. 28 U.S.C. § 455(a).

Gene Fahl and Paul Messer allege that the Department of Health and Human Services denies Plaintiffs treatment for the transfer factor therapy administered by Dr. Calabrese in violation of the due process clause of the Fifth Amendment and California Business and Professions Code.  The Court previously stayed this case pending Plaintiffs' exhaustion of administrative remedies.  By order dated March 8, 2010, the Court affirmed the Secretary's decision in full in a related case, *Dorothy Calabrese, M.D. et al. v. U.S. Department of Health and Human Services et al.*, Case No. 09-00152-CJC.  Subsequently, the Court ordered Plaintiffs to show cause why judgment should not be entered in this matter in favor of Defendants due to insufficient evidence to show that Plaintiffs' constitutional or statutory rights have been violated.  Plaintiffs have not provided any evidence or legal authority to establish a violation of the United States Constitution or California law.  Accordingly, the Court DISMISSES this action WITH PREJUDICE.[2]

DATED:     August 13, 2010

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

---

[2] Plaintiffs' Request for Oral Advocacy is DENIED.